1  **ADANTÉ D. POINTER, ESQ., SBN 236229**
   **PATRICK M. BUELNA, ESQ., SBN 317043**
2  **TY CLARKE, ESQ., SBN 317403**
   POINTER & BUELNA, LLP
3  LAWYERS FOR THE PEOPLE
   155 Filbert St., Suite 208
4  Oakland, CA 94607
   Tel: 510-929-5400
5  Website: www.LawyersFTP.com
   Email: APointer@LawyersFTP.com
6  Email: PBuelna@LawyersFTP.com

7  Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.R., by and through his guardian ad litem, MAKENZIE RUSSELL, individually and as successor-in-interest to BRIAN ALEXANDER RUSSELL,<br><br>Plaintiff,<br><br>v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No.: 3:21-cv-08014-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs B.R., by and through his guardian ad litem, MAKENZIE RUSSELL, individually and as successor-in-interest to BRIAN ALEXANDER RUSSELL, and defendants City and County of San Francisco, et al., hereby stipulate that this action will be dismissed in its entirety without prejudice. Each party to bear its own fees and costs.

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

This stipulation is submitted pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), and operates as a voluntary dismissal of the action.

Dated: February 21, 2023

          POINTER & BUELNA, LLP
          LAWYERS FOR THE PEOPLE

          By:/s/  Ty Clarke
              Ty Clarke
              Attorney for Plaintiff

Dated: February 21, 2023

          By:/s/  James Hannawalt
              James Hannawalt
              Attorney for Defendants

**IT IS SO ORDERED:**

Date:  February 21, 2023

          *[signature]*
          United Stated District Court Judge
          William H. Orrick